AITKEN et al. v. BERNHEIMER et al.

(Supreme Court, Appellate Term. November 12, 1900.)

NEGLIGENCE—PERSONAL INJURIES—EVIDENCE—EXCLUSION—ERROR.
     Where plaintiff was injured by a wagon, the exclusion of evidence that defendants' name was on the wagon was erroneous, since it was prima facie evidence that it was owned by defendants, and was in their service, at the time of the accident.

Appeal from municipal court, borough of Manhattan, Tenth district.

Action by John W. Aitken and others against Simon E. Bernheimer and another. From a judgment in favor of defendants, plaintiffs appeal. Reversed.

Argued before TRUAX, P. J., and SCOTT and DUGRO, JJ.

J. Lehman, for appellants.
A. P. Fitch, for respondents.

PER CURIAM. This judgment must be reversed. The presence of the defendants' name on the wagon that caused the injury to

the plaintiffs was prima facie evidence that it was owned by the defendants, and was in their service, at the time of the accident. The evidence shows that the accident happened through the negligence of the defendants, and without any negligence on the part of the plaintiffs.

Judgment reversed, and new trial ordered, with costs to the appellants to abide the event.